# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2015

## NO. 03-14-00083-CV

**Donna B. Ware, Appellant**

**v.**

**The Estate of Johnnie S. Simpson, through its Independent Executor, Krystene Wormley Woodard, Henry Evans, and Lois Evans, Appellees**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on September 26, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.